Rick W. Jarvis, SBN: 154479
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
rick@jarvisfay.com

Attorneys for Defendant
CITY OF PLEASANTON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND PLEASANTON ENTERPRISE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PLEASANTON, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C 12-00254<br><br>[~~PROPOSED~~] ORDER TAKING HEARING DATE OFF-CALENDAR |

In light of the stipulation of the Parties filed on February 9, 2012, the Court hereby ORDERS that the hearing scheduled for March 7, 2012, at 9:00 a.m., scheduled pursuant to the Court's January 20, 2012 and February 3, 2012 Orders, is taken off calendar.

IT IS SO ORDERED.

Dated: 2/13/12

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1