| | |
|---|---|
| 1 | Rick W. Jarvis, SBN: 154479 |
|   | Clifford F. Campbell, SBN: 60734 |
| 2 | JARVIS, FAY, DOPORTO & GIBSON, LLP |
|   | 492 Ninth Street, Suite 310 |
| 3 | Oakland, CA 94607 |
|   | Telephone: (510) 238-1400 |
| 4 | Facsimile: (510) 238-1404 |
|   | rick@jarvisfay.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | CITY OF PLEASANTON |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIAMOND PLEASANTON ENTERPRISE, INC., | CASE NO. C 12-00254-PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF PLEASANTON, DAVID SPILLER, JOHN KNOX, MICHAEL ELERICK, PENELOPE TAMM, ROSALIND RONDASH, and DOES 1 through 25, inclusive, | |
| Defendants. | |

1  The Court has read and considered the parties' Joint Application to Postpone Case Management
2  Conference, which presently is scheduled for May 3, 2012 in this courtroom.
3  Good cause appearing therefor, it is hereby ordered as follows:
4  1. The application is granted.
5  2. The Case Management Conference shall be rescheduled to Thursday, July 12, 2012 at
6  2:00 p.m. in Courtroom 3 of the United States District Court, Northern District of California, Third
7  Floor, 1301 Clay Street, Oakland, California.
8  IT IS SO ORDERED.

10  4/19/12
11  Dated                                    Phyllis J. Hamilton
                                             U.S. District Court Judge

[Proposed] Order Postponing Case Management Conference                    Case No. C 12-00254-PJH