Rick W. Jarvis, SBN: 154479
Clifford F. Campbell, SBN: 60734
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
rick@jarvisfay.com

Attorneys for Defendant
CITY OF PLEASANTON

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND PLEASANTON ENTERPRISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PLEASANTON, DAVID SPILLER, JOHN KNOX, MICHAEL ELERICK, PENELOPE TAMM, ROSALIND RONDASH, and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. C 12-00254-PJH <br><br> [~~PROPOSED~~] ORDER POSTPONING CASE MANAGEMENT CONFERENCE |

1    The Court has read and considered the parties' Joint Application to Postpone Case Management
2 Conference, which presently is scheduled for May 3, 2012 in this courtroom.
3    Good cause appearing therefor, it is hereby ordered as follows:
4    1.    The application is granted.
5    2.    The Case Management Conference shall be rescheduled to Thursday, July 12, 2012 at
6 2:00 p.m. in Courtroom 3 of the United States District Court, Northern District of California, Third
7 Floor, 1301 Clay Street, Oakland, California.
8    IT IS SO ORDERED.

10   4/19/12
11   Dated                                                   Phyllis J. Hamilton
                                                             U.S. District Court Judge

[Proposed] Order Postponing Case Management Conference                           Case No. C 12-00254-PJH