# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND PLEASANTON ENTERPRISE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF PLEASANTON, DAVID SPILLER, JOHN KNOX, MICHAEL ELERICK, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. C 12-00254 WHO<br><br>**ORDER: (1) SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND (2) SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

　　　Defendant City of Pleasanton and Plaintiff Diamond Pleasanton Enterprise, Inc. have stipulated to a modified briefing schedule to facilitate the hearing of their cross-motions for summary judgment on Plaintiff's Third Amended Complaint for Injunctive and Declaratory Relief and Damages. Pursuant to this stipulation, filed with the Court on November 12, 2013, the Court HEREBY ORDERS:

　　　1.　Plaintiff's motion for summary judgment and Defendant's motion for summary judgment shall be briefed as follows:

　　　　　a.　Plaintiff's opening brief in support of its motion for summary judgment shall be limited to a maximum of 25 pages and filed, along with all accompanying papers, on or before November 22, 2013.

b. Defendant's opposition to Plaintiff's motion for summary judgment and Defendant's opening brief in support of its motion for summary judgment shall be filed as one combined brief limited to a maximum of 40 pages. This brief, and all accompanying papers, shall be filed on or before December 6, 2013.

c. Plaintiff's opposition to Defendant's motion for summary judgment and Plaintiff's reply in support of its motion for summary judgment shall be filed as one combined brief limited to a maximum of 30 pages. This brief, and all accompanying papers, shall be filed on or before December 23, 2013.

d. Defendant's reply in support of its motion for summary judgment shall be limited to a maximum of 15 pages and filed, along with all accompanying papers, on or before January 3, 2014.

2. Both motions shall be heard at 2:00 p.m. on January 22, 2014, during the Court's regular civil law and motion calendar.

IT IS SO ORDERED.

Dated: November 13, 2013

WILLIAM H. ORRICK
United States District Judge

-2-
Order re Schedule for Cross-Motions for Summary Judgment          Case No. C 12-00254 WHO