1
2
3
4
5
6
7
8
9
10

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND PLEASANTON ENTERPRISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF PLEASANTON, DAVID SPILLER, JOHN KNOX, MICHAEL ELERICK, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. C 12-00254 WHO <br><br> **ORDER EXTENDING THE DISCOVERY CUTOFF DATE** <br><br> Judge:     William H. Orrick |

1    Plaintiff Diamond Pleasanton Enterprise, Inc. and Defendant City of Pleasanton have stipulated to an extension of the discovery cutoff date in order to complete the depositions of Jenny Wolfes and Dr. Randall Weil and to resolve outstanding issues regarding previously propounded discovery.  Pursuant to this stipulation, and for GOOD CAUSE SHOWN, the Court HEREBY ORDERS:

1.    The discovery cutoff date is extended to January 10, 2014.  However, no additional discovery may be propounded and no depositions may be taken other than the previously noticed depositions of Jenny Wolfes and Dr. Randall Weil.

2.    All discovery disputes shall be brought to the Court's attention, pursuant to the procedure outlined in paragraph 4 of the Court's Standing Order for Civil Cases, by January 17, 2014.

IT IS SO ORDERED.

Dated:  December 17, 2013

_____
WILLIAM H. ORRICK
United States District Judge