UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DIAMOND PLEASANTON ENTERPRISE, INC., | Case No. 12-cv-00254-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| THE CITY OF PLEASANTON, et al., | |
| Defendants. | Re: Dkt. No. 109 |

Plaintiff Diamond Pleasanton Enterprise, Inc. has filed a motion under Civil Local Rule 7-9 and Federal Rule of Civil Procedure 54(b) for leave to file a motion for reconsideration of the court's order on the parties' motions for summary judgment. Dkt. No. 109. Per Civil Local Rule 7-9(d), defendant City of Pleasanton shall file a response to Diamond's motion by Friday, May 1, 2014. Unless ordered by the Court, Diamond shall not file a reply brief.

**IT IS SO ORDERED**.

Dated: April 24, 2014

WILLIAM H. ORRICK
United States District Judge